**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG,<br><br>Defendants. | Case No. 1:25-cv-00861-AJT-WEF |

**NOTICE OF BRIAN MCCLEAVE'S MOTION FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF COUNSEL**

1

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brian McCleave ("McCleave") respectfully moves this Court for an order: (1) appointing McCleave as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving McCleave's selection of Glancy Prongay & Murray LLP as Lead Counsel and Butler Curwood PLC as Liaison Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

McCleave seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the Federal Rules of Civil Procedure. This motion is based on this notice, the attached memorandum of law, the declaration of Paul M. Falabella, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: July 15, 2025                    **BUTLER CURWOOD PLC**

By: _/s/ Paul M. Falabella_
Paul M. Falabella (VSB No. 81199)
Craig J. Curwood (VSB No. 43975)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
        craig@butlercurwood.com

*Liaison Counsel for Brian McCleave and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**

2

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Brian McCleave and Proposed Lead
Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

3