**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-00861-AJT-WEF |
| Plaintiff, | |
| v. | |
| MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Brian McCleave's Motion for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Brian McCleave as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Butler Curwood PLC as Liaison Counsel and for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025          _____

HON. ANTHONY J TRENGA
UNITED STATES DISTRICT JUDGE

1