UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG, <br><br> Defendants. | Case No. 1:25-cv-00861-AJT-WEF |

**DECLARATION OF PAUL M. FALABELLA IN SUPPORT OF BRIAN MCCLEAVE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

1

I, Paul M. Falabella, hereby declare as follows:

1.    I am an attorney with the law firm Butler Curwood PLC, counsel for Lead Plaintiff Movant Brian McCleave ("McCleave") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Brian McCleave's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published May 16, 2025 on *Access Newswire*, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:    McCleave's Signed PSLRA Certification;

Exhibit C:    Analysis of McCleave's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of July 2025.

*/s/ Paul M. Falabella*
Paul M. Falabella