# EXHIBIT C

## Financial Interest Analysis

**Company Name:** MicroStrategy Incorporated
**Ticker:** MSTR
**Class Period:** April 30, 2024 to April 4, 2025
**Name:** Brian McCleave

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/21/2024 | 900 | $469.0050 | -$422,104.5000 | | $0.0000 | -$422,104.50 |
| 11/21/2024 | 1,000 | $535.6000 | -$535,600.0000 | | $0.0000 | -$535,600.00 |
| 11/21/2024 | -998 | | $0.0000 | $440.6500 | $439,768.7000 | $439,768.70 |
| 11/21/2024 | -1 | | $0.0000 | $440.6900 | $440.6900 | $440.69 |
| 11/21/2024 | -1 | | $0.0000 | $440.7200 | $440.7200 | $440.72 |
| 11/22/2024 | 600 | $436.2320 | -$261,739.2000 | | $0.0000 | -$261,739.20 |
| 3/17/2025 | 300 | $295.8750 | -$88,762.5000 | | $0.0000 | -$88,762.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,800** | | | | **Subtotal:** | **-$867,556.09** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $665,974.92 |
| | | | $369.9861 | | **Total:** | **-$201,581.17** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/12/2024 | 500 | $334.0000 | -$167,000.0000 | | $0.0000 | -$167,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **500** | | | | **Subtotal:** | **-$167,000.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $184,993.03 |
| | | | $369.9861 | | **Total:** | **$17,993.03** |

| | |
|---|---|
| **COMBINED TOTAL:** | **-$183,588.14** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between April 7, 2025 and July 3, 2025.