UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG,<br><br>Defendants. | Case No.  1:25-cv-00861-AJT-WEF |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF MICHELLE CLARITY AND MEHMET CIHAN UNLUSOY FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven J. Toll, hereby declare as follows:

1.     I am a partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for Michelle Clarity ("Clarity") and Mehmet Cihan Unlusoy ("Unlusoy"), and have personal knowledge of the facts set forth herein.

2.     I make this Declaration in support of Clarity and Unlusoy's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Chart setting forth Clarity and Unlusoy's financial interest in this Action;

Exhibit B:     Press release published via *ACCESS Newswire* on May 16, 2025, announcing the pendency of the Action;

Exhibit C:     Shareholder Certifications executed by Clarity and Unlusoy;

Exhibit D:     Joint Declaration executed by Clarity and Unlusoy;

Exhibit E:     Firm resume of Pomerantz; and

Exhibit F:     Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 15, 2025, at Washington, D.C.

*/s/ Steven J. Toll*
Steven J. Toll

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on July 15, 2025.

/s/ *Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)

2