# EXHIBIT A

**MicroStrategy Incorporated d/b/a Strategy (MSTR)**
**Class Period: April 30, 2024 to April 4, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $369.9861 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Michelle Clarity, Acct 1 | | 6,689 | | ($2,357,445) | | (6,689) | | $1,957,040 | 0 | 0 | $0 | ($400,404) |
| Michelle Clarity, Acct 2 | | 413 | | ($141,703) | | (413) | | $153,157 | 0 | 0 | $0 | $11,454 |
| Michelle Clarity, Acct 3 | | 11,823 | | ($4,190,758) | | (11,823) | | $4,243,526 | 0 | 0 | $0 | $52,768 |
| Mehmet Cihan Unlusoy | | 2,800 | | ($906,301) | | (2,800) | | $749,763 | 2,800 | 0 | $0 | ($156,538) |
| **All** | | **21,725** | | **($7,596,207)** | | **(21,725)** | | **$7,103,486** | **2,800** | **0** | **$0** | **($492,720)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Michelle Clarity | 10/25/2024 | 810 | $239.8200 | ($194,254) | 11/6/2024 | (500) | $249.5200 | $124,760 | | | | |
| Michelle Clarity | 10/25/2024 | 975 | $239.8200 | ($233,825) | 11/29/2024 | (6) | $416.9900 | $2,502 | | | | |
| Michelle Clarity | 10/28/2024 | 4 | $247.6000 | ($990) | 12/13/2024 | (20) | $403.4800 | $8,070 | | | | |
| Michelle Clarity | 11/11/2024 | 10 | $299.1200 | ($2,991) | 12/20/2024 | (2,642) | $317.6500 | $839,231 | | | | |
| Michelle Clarity | 11/11/2024 | 440 | $299.1300 | ($131,617) | 12/20/2024 | (219) | $317.6500 | $69,565 | | | | |
| Michelle Clarity | 11/20/2024 | 1,345 | $495.3000 | ($666,179) | 12/20/2024 | (35) | $317.6500 | $11,118 | | | | |
| Michelle Clarity | 1/21/2025 | 1,653 | $392.5900 | ($648,951) | 12/20/2024 | (30) | $317.6500 | $9,530 | | | | |
| Michelle Clarity | 3/24/2025 | 1,452 | $329.6400 | ($478,637) | 12/20/2024 | (24) | $317.6500 | $7,624 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (21) | $317.6500 | $6,671 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (20) | $317.6500 | $6,353 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (10) | $317.6500 | $3,177 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (8) | $317.6500 | $2,541 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (7) | $317.6500 | $2,224 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (5) | $317.6500 | $1,588 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (3) | $317.6500 | $953 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |

*Avg Closing Prices from April 7, 2025 to July 3, 2025

**MicroStrategy Incorporated d/b/a Strategy (MSTR)**
**Class Period: April 30, 2024 to April 4, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $369.9861 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 12/20/2024 | (1) | $317.6500 | $318 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (453) | $266.2500 | $120,611 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (198) | $266.3900 | $52,745 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.4400 | $26,644 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.3900 | $26,639 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.4200 | $26,642 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.3900 | $26,639 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.3900 | $26,639 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.3900 | $26,639 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (100) | $266.3900 | $26,639 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (98) | $266.3900 | $26,106 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (96) | $266.3900 | $25,573 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (91) | $266.4200 | $24,244 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (5) | $266.4200 | $1,332 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.4100 | $533 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.4300 | $533 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.3900 | $533 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.3900 | $533 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.3900 | $533 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (2) | $266.4300 | $533 | | | | |
| Michelle Clarity | | | | | 3/31/2025 | (1,452) | $282.4000 | $410,045 | | | | |
| **Michelle Clarity** | | **6,689** | | **($2,357,445)** | | **(6,689)** | | **$1,957,040** | **0** | **0** | **$0** | **($400,404)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Michelle Clarity | 11/12/2024 | 400 | $343.3200 | ($137,328) | 1/24/2025 | (413) | $370.8400 | $153,157 | | | | |
| Michelle Clarity | 1/3/2025 | 13 | $336.5200 | ($4,375) | | | | | | | | |
| **Michelle Clarity** | | **413** | | **($141,703)** | | **(413)** | | **$153,157** | **0** | **0** | **$0** | **$11,454** |
| | | | | | | | | | | | | |
| Account 3 | | | | | | | | | | | | |
| Michelle Clarity | 6/4/2024 | 34 | $1,651.0100 | ($56,134) | 6/14/2024 | (138) | $1,467.5200 | $202,518 | | | | |
| Michelle Clarity | 6/4/2024 | 104 | $1,651.0100 | ($171,705) | 12/2/2024 | (723) | $386.7000 | $279,584 | | | | |
| Michelle Clarity | 10/29/2024 | 6 | $266.5500 | ($1,599) | 12/2/2024 | (277) | $386.7000 | $107,116 | | | | |
| Michelle Clarity | 10/29/2024 | 1,585 | $263.0000 | ($416,855) | 12/3/2024 | (500) | $374.7600 | $187,380 | | | | |
| Michelle Clarity | 11/7/2024 | 559 | $265.6500 | ($148,498) | 12/4/2024 | (1,000) | $373.7900 | $373,790 | | | | |
| Michelle Clarity | 11/8/2024 | 35 | $276.1900 | ($9,667) | 12/17/2024 | (500) | $392.5600 | $196,280 | | | | |

*Avg Closing Prices from April 7, 2025 to July 3, 2025

**MicroStrategy Incorporated d/b/a Strategy (MSTR)**
**Class Period: April 30, 2024 to April 4, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $369.9861 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Clarity | 11/8/2024 | 100 | $276.1900 | ($27,619) | 12/17/2024 | (481) | $392.5600 | $188,821 | | | | |
| Michelle Clarity | 11/8/2024 | 250 | $276.1900 | ($69,048) | 12/17/2024 | (19) | $392.5600 | $7,459 | | | | |
| Michelle Clarity | 11/12/2024 | 2 | $351.5100 | ($703) | 12/20/2024 | (2,559) | $317.6500 | $812,866 | | | | |
| Michelle Clarity | 11/12/2024 | 98 | $351.5000 | ($34,447) | 1/22/2025 | (545) | $376.5000 | $205,193 | | | | |
| Michelle Clarity | 11/12/2024 | 100 | $351.2600 | ($35,126) | 1/22/2025 | (450) | $376.5000 | $169,425 | | | | |
| Michelle Clarity | 11/12/2024 | 100 | $351.4800 | ($35,148) | 1/22/2025 | (5) | $376.5000 | $1,883 | | | | |
| Michelle Clarity | 11/12/2024 | 266 | $351.5100 | ($93,502) | 1/29/2025 | (190) | $337.1500 | $64,059 | | | | |
| Michelle Clarity | 11/12/2024 | 909 | $352.2600 | ($320,204) | 1/29/2025 | (151) | $337.1500 | $50,910 | | | | |
| Michelle Clarity | 11/15/2024 | 8 | $334.9500 | ($2,680) | 1/29/2025 | (100) | $337.1800 | $33,718 | | | | |
| Michelle Clarity | 11/15/2024 | 104 | $334.9500 | ($34,835) | 1/29/2025 | (100) | $337.1500 | $33,715 | | | | |
| Michelle Clarity | 11/15/2024 | 140 | $334.9500 | ($46,893) | 1/29/2025 | (100) | $337.1800 | $33,718 | | | | |
| Michelle Clarity | 11/18/2024 | 2 | $351.1300 | ($702) | 1/29/2025 | (100) | $337.2500 | $33,725 | | | | |
| Michelle Clarity | 11/18/2024 | 6 | $351.1800 | ($2,107) | 1/29/2025 | (100) | $337.2500 | $33,725 | | | | |
| Michelle Clarity | 11/18/2024 | 17 | $351.1000 | ($5,969) | 1/29/2025 | (100) | $337.1500 | $33,715 | | | | |
| Michelle Clarity | 11/18/2024 | 75 | $351.1300 | ($26,335) | 1/29/2025 | (100) | $337.2500 | $33,725 | | | | |
| Michelle Clarity | 11/18/2024 | 770 | $351.3600 | ($270,547) | 1/29/2025 | (100) | $337.1500 | $33,715 | | | | |
| Michelle Clarity | 11/19/2024 | 3 | $388.8000 | ($1,166) | 1/29/2025 | (100) | $337.2500 | $33,725 | | | | |
| Michelle Clarity | 11/19/2024 | 197 | $388.9000 | ($76,613) | 1/29/2025 | (100) | $337.2500 | $33,725 | | | | |
| Michelle Clarity | 11/19/2024 | 280 | $389.2400 | ($108,987) | 1/29/2025 | (99) | $337.2500 | $33,388 | | | | |
| Michelle Clarity | 12/16/2024 | 2 | $430.0000 | ($860) | 1/29/2025 | (34) | $337.2500 | $11,467 | | | | |
| Michelle Clarity | 12/16/2024 | 5 | $430.0000 | ($2,150) | 1/29/2025 | (10) | $337.2000 | $3,372 | | | | |
| Michelle Clarity | 12/16/2024 | 26 | $430.0000 | ($11,180) | 1/29/2025 | (5) | $337.2500 | $1,686 | | | | |
| Michelle Clarity | 12/16/2024 | 100 | $430.0000 | ($43,000) | 1/29/2025 | (5) | $337.2500 | $1,686 | | | | |
| Michelle Clarity | 12/16/2024 | 314 | $430.1900 | ($135,080) | 1/29/2025 | (3) | $337.2600 | $1,012 | | | | |
| Michelle Clarity | 12/20/2024 | 106 | $360.3300 | ($38,195) | 1/29/2025 | (2) | $337.2600 | $675 | | | | |
| Michelle Clarity | 12/20/2024 | 257 | $362.0000 | ($93,034) | 1/29/2025 | (1) | $337.2500 | $337 | | | | |
| Michelle Clarity | 12/20/2024 | 671 | $360.3300 | ($241,781) | 1/30/2025 | (200) | $340.2100 | $68,042 | | | | |
| Michelle Clarity | 12/20/2024 | 1,400 | $362.3100 | ($507,234) | 1/30/2025 | (100) | $340.1600 | $34,016 | | | | |
| Michelle Clarity | 12/20/2024 | 1,443 | $360.3300 | ($519,956) | 1/30/2025 | (100) | $340.1600 | $34,016 | | | | |
| Michelle Clarity | 1/3/2025 | 1,231 | $336.8200 | ($414,625) | 1/30/2025 | (100) | $340.1700 | $34,017 | | | | |
| Michelle Clarity | 1/6/2025 | 518 | $360.1800 | ($186,573) | 1/30/2025 | (100) | $340.1600 | $34,016 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (100) | $340.1700 | $34,017 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (100) | $340.2000 | $34,020 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (100) | $340.1600 | $34,016 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (90) | $340.2100 | $30,619 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (85) | $340.2000 | $28,917 | | | | |

*Avg Closing Prices from April 7, 2025 to July 3, 2025

**MicroStrategy Incorporated d/b/a Strategy (MSTR)**
**Class Period: April 30, 2024 to April 4, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $369.9861 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Clarity | | | | | 1/30/2025 | (45) | $340.1600 | $15,307 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (30) | $340.1600 | $10,205 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (20) | $340.1600 | $6,803 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (11) | $340.1800 | $3,742 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (6) | $340.1600 | $2,041 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (5) | $340.2000 | $1,701 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (4) | $340.1600 | $1,361 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (2) | $340.1600 | $680 | | | | |
| Michelle Clarity | | | | | 1/30/2025 | (2) | $340.1600 | $680 | | | | |
| Michelle Clarity | | | | | 2/6/2025 | (700) | $327.7800 | $229,446 | | | | |
| Michelle Clarity | | | | | 2/12/2025 | (600) | $319.0000 | $191,400 | | | | |
| Michelle Clarity | | | | | 2/12/2025 | (200) | $319.0000 | $63,800 | | | | |
| Michelle Clarity | | | | | 2/25/2025 | (426) | $264.2100 | $112,553 | | | | |
| **Michelle Clarity** | | **11,823** | | **($4,190,758)** | | **(11,823)** | | **$4,243,526** | **0** | **0** | **$0** | **$52,768** |
| | | | | | | | | | | | | |
| Mehmet Cihan Unlusoy | 3/27/2025 | 2,720 | $323.6948 | ($880,450) | 4/8/2025 | (2,800) | $267.7724 | $749,763 | | | | |
| Mehmet Cihan Unlusoy | 3/27/2025 | 80 | $323.1400 | ($25,851) | | | | | | | | |
| **Mehmet Cihan Unlusoy** | | **2,800** | | **($906,301)** | | **(2,800)** | | **$749,763** | **2,800** | **0** | **$0** | **($156,538)** |

*Avg Closing Prices from April 7, 2025 to July 3, 2025