**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG,<br><br>        Defendants. | Case No. 1:25-cv-00861-AJT-WEF |

## JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiff Anas Hamza and Defendants MicroStrategy Incorporated d/b/a Strategy ("Strategy" or the "Company"), Michael J. Saylor, Phong Le, and Andrew Kang, by and through their undersigned counsel (together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced this action on May 16, 2025, by filing the Complaint for Violation of Federal Securities Laws (ECF No. 1) (the "Complaint");

WHEREAS, this action is a putative class action asserting claims under the federal securities laws and is, therefore, subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*;

WHEREAS, on July 15, 2025, two groups of investors and counsel filed motions seeking appointment of a lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, the Parties anticipate that the appointed lead plaintiff will file an amended complaint; and

1

WHEREAS, the Parties have met and conferred, and agree that a response from Defendants to the Complaint would invite waste, duplicative effort, and needless expenditure of judicial and party resources given the forthcoming amended complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and Complaint on behalf of Defendants, without prejudice to or waiver of any of Defendants' defenses, objections or arguments, except as to sufficiency of service of process.

2.      Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint until after the appointment of lead plaintiff(s) and the filing of an amended complaint or the pending complaint is designated as the operative complaint.

3.      Within fourteen (14) days after the appointment of lead plaintiff(s), the Parties shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval setting forth the Parties' proposed schedule for the filing of an amended complaint (if any) and the filing of any motion to dismiss.

4.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, or objections that the Parties may have, except as to sufficiency of service of process of the summons and Complaint.

**IT IS SO STIPULATED:**

DATED: July 25, 2025

Respectfully submitted,

**COHEN MILSTEIN SELLERS
& TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch

2

1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Michael R. Dziuban*
Jason J. Mendro (*pro hac vice forthcoming*)
Lissa M. Percopo (*pro hac vice forthcoming*)
Michael R. Dziuban (VSB No. 89136)
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Email:  jmendro@gibsondunn.com
Email:  lpercopo@gibsondunn.com
Email:  mdziuban@gibsondunn.com

*Counsel for Defendants*

3

4

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Anthony John Trenga
United States District Judge

4