**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG,<br><br>Defendants. | Case No. 1:25-cv-00861-AJT-WEF |

**NOTICE OF WITHDRAWAL OF BRIAN MCCLEAVE'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

1

On July 15, 2025, Brian McCleave ("McCleave") filed a motion seeking appointment as lead plaintiff and approval of his selection of counsel in connection with the above-captioned securities fraud class action (Dkt. No. 7, the "Motion"). One other movant group filed a similar motion. *See* Dkt. No. 10.

Due to recent developments in his circumstances, however, McCleave hereby withdraws his Motion. By this withdrawal, McCleave does not waive his rights to participate and recover as a class member in this litigation.

Respectfully submitted,

DATED: August 4, 2025

**BUTLER CURWOOD PLC**

By:  */s/ Paul M. Falabella*
Paul M. Falabella (VSB No. 81199)
Craig J. Curwood (VSB No. 43975)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
        craig@butlercurwood.com

*Liaison Counsel for Brian McCleave*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Brian McCleave*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847

Facsimile: (215) 638-4867

*Additional Counsel*