UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANAS HAMZA, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>        v.<br><br>MICROSTRATEGY INCORPORATED d/b/a STRATEGY, MICHAEL J. SAYLOR, PHONG LE, and ANDREW KANG,<br><br>             Defendants. | Case No.  1:25-cv-00861-AJT-WEF |

**NOTICE OF NON-OPPOSITION TO THE MOTION OF MICHELLE CLARITY AND MEHMET CIHAN UNLUSOY FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

As set forth below, Co-Lead Plaintiff Movants Clarity[1] and Unlusoy respectfully advise the Court that no party opposes their motion pursuant to the PSLRA for the entry of an Order: (1) appointing Clarity and Unlusoy as Co-Lead Plaintiffs in this Action; and (2) approving their selection of Pomerantz as Lead Counsel and Cohen Milstein as Liaison Counsel (the "Lead Plaintiff Motion") (Dkt. No. 10).

This Action is a putative securities class action governed by the PSLRA, including the statutory provisions governing the appointment of lead plaintiffs.  Pursuant to the PSLRA, any members of the putative Class wishing to serve as lead plaintiff were required to file a motion to that effect no later than sixty (60) days after publication of the Notice of pendency of the Action— *i.e.*, on or before July 15, 2025.  *See* 15 U.S.C. § 78u-4(a)(3)(A)-(B).

On July 15, 2025, Clarity and Unlusoy filed their Lead Plaintiff Motion (*see* Dkt. No. 10), having incurred collective losses of approximately $492,720 in connection with their purchases of Strategy securities during the Class Period (*see* Dkt. No. 12-1).  The same day, one competing motion was filed by putative Class member McCleave.  *See* Dkt. No. 7.

Pursuant to Local Civil Rule 7(F)(1), any opposition to Clarity and Unlusoy's Lead Plaintiff Motion was due to be filed on or before July 29, 2025.  On July 29, 2025, (i) Clarity and Unlusoy and (ii) McCleave filed an opposition to each other's competing motions.  *See* Dkt. Nos. 26-27.  However, on August 4, 2025, McCleave withdrew his competing motion, citing "recent developments in his circumstances," thereby likewise abandoning his opposition to Clarity and Unlusoy's Lead Plaintiff Motion.  Dkt. No. 28.

---

[1] All capitalized terms herein are defined in Clarity and Unlusoy's moving or opposition briefs, unless otherwise indicated. *See* Dkt. Nos. 11, 27.

1

Accordingly, Clarity and Unlusoy's Lead Plaintiff Motion is now unopposed.

For the foregoing reasons, and for the reasons set forth in Clarity and Unlusoy's moving and opposition briefs (Dkt. Nos. 11, 27), Clarity and Unlusoy respectfully request that the Court enter an Order granting their Lead Plaintiff Motion in all respects.

Dated:  August 5, 2025                                          Respectfully submitted,

**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
(*pro hac vice* application forthcoming)
S. Douglas Bunch
(*pro hac vice* application forthcoming)
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Counsel for Co-Lead Plaintiff Movants Michelle*
*Clarity and Mehmet Cihan Unlusoy and Proposed*
*Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants Michelle*
*Clarity and Mehmet Cihan Unlusoy and Proposed*
*Lead Counsel for the Class*

2

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff Movants
Michelle Clarity and Mehmet Cihan Unlusoy*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on August 5, 2025.

<u>*/s/ Steven J. Toll*     </u>
Steven J. Toll (Va. Bar No. 15300)

4