**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |
|---|---|
| IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION | )<br>)<br>) Civil Action No. 1:25-cv-00861-AJT-WEF<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE AN AMENDED COMPLAINT AND DEFENDANTS' ANTICIPATED**
**MOTION TO DISMISS**

Co-Lead Plaintiffs Michelle Clarity and Mehmet Cihan Unlusoy (hereafter the "Co-Lead Plaintiffs") and Defendants MicroStrategy Incorporated d/b/a Strategy, Michael J. Saylor, Phong Le, and Andrew Kang (collectively, the "Defendants" and together with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully move to amend the schedule in Pretrial Order #1 ("PTO 1"), *see* ECF No. 30.

1. On May 16, 2025, Anas Hamza filed a putative class action complaint in this District against Defendants that alleged violations of the federal securities laws, *Hamza v. MicroStrategy Incorporated d/b/a Strategy, et al.*, Case No. 1:25-cv-00861 (the "Action"). ECF No. 1.

2. On July 15, 2025, Brian McCleave ("McCleave") and Co-Lead Plaintiffs filed competing motions seeking appointment as lead plaintiff and approval of their selection of lead counsel. *See* ECF Nos. 7, 10.

3. On July 25, 2025, Defendants and Hamza filed a Joint Stipulation and [Proposed] Order stating that following appointment of a lead plaintiff to control this litigation, Defendants and Hamza would meet and confer regarding a schedule, and thereafter submit a stipulation setting forth a proposal for filing an amended complaint and any responses thereto. ECF No. 13.

1

4.      On July 29, 2025, McCleave and Co-Lead Plaintiffs filed oppositions to their competing motions for appointment as lead plaintiff.  ECF Nos. 26, 27.  On August 4, 2025, McCleave withdrew his motion for appointment as lead plaintiff.  ECF No. 28.  On August 5, 2025, Co-Lead Plaintiffs filed a notice of non-opposition to their motion for appointment.  ECF No. 29.

5.      Also on August 5, 2025, the Court entered PTO 1, which appointed Co-Lead Plaintiffs and approved their selection of Pomerantz LLP as Lead Counsel and Cohen Milstein Seller & Toll PLLC as Liaison Counsel in this Action.  ECF No. 30.  The Court also set a deadline for Co-Lead Plaintiffs to file an amended complaint within fourteen (14) days of the date of PTO 1 (August 19, 2025), and for Defendants to file any response to the amended complaint within twenty-one (21) days after the filing of the amended complaint (September 9, 2025).

6.      Due to competing schedules and other professional obligations, the Parties respectfully request a modest extension to the schedule provided in PTO 1.  The Parties have met and conferred and respectfully request the Court grant a brief extension, and enter the following schedule:

- Co-Lead Plaintiffs shall file any amended complaint within twenty-nine (29) days of the entry of PTO 1, or on or before **Wednesday, September 3, 2025**.

- Defendants shall file any motion to dismiss the amended complaint or otherwise respond within thirty-six (36) days after the filing of the amended complaint, or on or before **Thursday, October 9, 2025**.

- Co-Lead Plaintiffs shall file any opposition to a motion to dismiss (if filed) within thirty-six (36) days, or on or before **Friday, November 14, 2025**.

- Defendants shall file any reply in support of their motion to dismiss (if filed) within twenty-one (21) days, or on or before **Friday, December 5, 2025**.

7.      Accordingly, the Parties hereby jointly move for the entry of the attached Order setting a schedule for the filing of an amended complaint and Defendants' anticipated motion to

2

dismiss.

*[remainder of page intentionally blank]*

Dated: August 12, 2025

By: */s/ Steven J. Toll*

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W. Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Co-Lead Plaintiffs and
the proposed Class*

-and-

**POMERANTZ LLP**
Joshua B. Silverman
(*pro hac vice* application forthcoming)
Omar Jafri
(*pro hac vice* application forthcoming)
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com
ojafri@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Counsel for Co-Lead Plaintiffs and Lead
Counsel for the proposed Class*

Respectfully submitted,

By: */s/ Michael R. Dziuban*

**GIBSON, DUNN & CRUTCHER LLP**
Jason J. Mendro (*pro hac vice forthcoming*)
Lissa M. Percopo
Michael R. Dziuban (VSB No. 89136)
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jmendro@gibsondunn.com
lpercopo@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

/s/ Steven J. Toll
Steven J. Toll (VA Bar No. 15300)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

5