**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |
|---|---|
| IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION | ) ) ) Civil Action No. 1:25-cv-00861-AJT-WEF ) ) |

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File an Amended Complaint and Defendants' Anticipated Motion to Dismiss. *See* ECF No. 31 (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED that the Parties' request for an extension is **GRANTED**, and the Court sets the following schedule:

| Event | Deadline |
|---|---|
| Co-Lead Plaintiffs' Amended Complaint | September 3, 2025 |
| Defendants' Motion to Dismiss or Other Response to the Amended Complaint | October 9, 2025 |
| Co-Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss | November 14, 2025 |
| Defendants' Reply in Further Support of Defendants' Motion to Dismiss | December 5, 2025 |

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Hon. Anthony J. Trenga
United States District Judge

August __, 2025
Alexandria, Virginia

1