**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| *IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION* | Case No. 1:25-cv-00861-AJT-WEF<br><br>**Defendant MicroStrategy Incorporated d/b/a**<br><br>**Strategy's Notice of Name Change** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendant MicroStrategy Incorporated d/b/a Strategy has changed its official corporate entity name to Strategy Inc effective as of August 11, 2025, at 4:01 p.m. Eastern Time.

Respectfully submitted,

DATED: August 13, 2025

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Michael R. Dziuban*
Jason J. Mendro (*pro hac vice*)
Lissa M. Percopo (*pro hac vice*)
Michael R. Dziuban (VSB No. 89136)
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3726
Email: jmendro@gibsondunn.com
Email: lpercopo@gibsondunn.com
Email: mdziuban@gibsondunn.com

*Counsel for Defendants*