UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION | Case No. 1:25-cv-00861-AJT-WEF  The Honorable Anthony J. Trenga |

**AMENDED FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Strategy Inc, Michael J. Saylor, Phong Le, and Andrew Kang, hereby states as follows:

Strategy Inc is a publicly-traded company and, to the best of its knowledge, there is no publicly held entity that owns 10% or more of Strategy Inc's: (i) class A common stock (MSTR); (ii) 8.00% series A perpetual strike preferred stock (STRK); (iii) 10.00% series A perpetual strife preferred stock (STRF); (iv) 10.00% series A perpetual stride preferred stock (STRD); or (v) variable rate series A perpetual stretch preferred stock (STRC).

|  |  |
|---|---|
| DATED: August 13, 2025 | Respectfully submitted,<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Michael R. Dziuban*<br>Jason J. Mendro (*pro hac vice*)<br>Lissa M. Percopo (*pro hac vice*)<br>Michael R. Dziuban (VSB No. 89136)<br>1700 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone:  (202) 887-3726<br>Email:  jmendro@gibsondunn.com<br>Email:  lpercopo@gibsondunn.com<br>Email:  mdziuban@gibsondunn.com<br><br>*Counsel for Defendants* |