IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|   |   |
|---|---|
| IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION | ) ) ) Civil Action No. 1:25-cv-00861-AJT-WEF ) ) |

**ORDER**
PRETRIAL ORDER #2
Joint Motion for Extension of Time

Before the Court is the Parties' Joint Motion for Extension of Time to File an Amended Complaint and Defendants' Anticipated Motion to Dismiss, [Doc. No. 31] (the "Motion"). Upon review of the Motion, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED IN PART**; and it is further

**ORDERED** that Co-Lead Plaintiff's Amended Complaint shall be filed by August 29, 2025; and it is further

**ORDERED** that Defendants' Response to the Amended Complaint shall be filed by September 26, 2025; and it is further

**ORDERED** that Co-Lead Plaintiffs' Opposition to any Motion to Dismiss shall be filed on October 17, 2025; and it is further

**ORDERED** that Defendants' Reply in Further Support of any Motion to Dismiss shall be filed by October 31, 2025; and it is further

**ORDERED** that the Court will hold a hearing on any Motion to Dismiss on November 5, 2025 at 10:00 a.m. in Courtroom 900.

1

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
August 13, 2025

/s/
Anthony J. Trenga
Senior United States District Judge