UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| IN RE MICROSTRATEGY INCORPORATED D/B/A STRATEGY SECURITIES LITIGATION | ) <br> ) <br> ) Civil Action No. 1:25-cv-00861-AJT-WEF <br> ) <br> ) |

**JOINT STIPULATION CONCERNING VOLUNTARY DISMISSAL**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Co-Lead Plaintiffs Michelle Clarity and Mehmet Cihan Unlusoy (hereafter the "Co-Lead Plaintiffs") hereby voluntarily dismiss all claims in the above-captioned action (the "Action"), as to all Defendants. The dismissal with respect to Co-Lead Plaintiffs' claims and Anas Hamza's claims, but not absent class members' claims, is with prejudice.

No Defendant has served an answer or motion for summary judgment, and the Action has not been certified as a class action. Accordingly, the dismissal of the Action is effective upon filing of this Joint Stipulation.

Co-Lead Plaintiffs and Defendants agree that each side will bear its own costs and fees associated with this Action.

IT IS SO STIPULATED AND AGREED TO THIS 28th DAY OF AUGUST 2025

By: */s/ Steven J. Toll*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W. Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

By: */s/ Michael R. Dziuban*

**GIBSON, DUNN & CRUTCHER LLP**
Jason J. Mendro
Lissa M. Percopo
Michael R. Dziuban (VSB No. 89136)
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jmendro@gibsondunn.com
lpercopo@gibsondunn.com

| | |
|---|---|
| stoll@cohenmilstein.com | mdziuban@gibsondunn.com |
| dsommers@cohenmilstein.com | |
| dbunch@cohenmilstein.com | *Counsel for Defendants* |

*Liaison Counsel for Co-Lead Plaintiffs and the proposed Class*

-and-

**POMERANTZ LLP**
Joshua B. Silverman
Omar Jafri
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com
ojafri@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Counsel for Co-Lead Plaintiffs and Lead Counsel for the proposed Class*

SO ORDERED this _____ day of _____, 2025

_____
HONORABLE ANTHONY J. TRENGA
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF VIRGINIA

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

*/s/ Steven J. Toll*
Steven J. Toll (VA Bar No. 15300)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
